UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY MARINOW,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THE NORTHWESTERN<br>MUTUAL LIFE INS. CO.,<br><br>　　　　　Defendant. | Case No. SACV 09-557 RNB<br><br>ORDER TO SHOW CAUSE |

Plaintiff filed this action on May 8, 2009. Under Federal Rule of Civil Procedure 4(m), service of the summons and complaint was supposed to be accomplished on each named defendant within 120 days after the filing of the complaint. The 120-day period expired on September 5, 2009 (which, being a Saturday, and the following Monday being a holiday, resulted in a further extension of the service deadline to September 8, 2009).

To date, no proof of service has been filed, and therefore it appears that the sole named defendant has not been served. Accordingly, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41-1,

IT IS ORDERED that, on or before **September 28, 2009**, plaintiff shall show good cause, if there be any, why service was not made within the 120-day period and why this case should not be dismissed without prejudice for want of prosecution.

1  Plaintiff shall attempt to show such cause by filing a declaration of counsel, signed
2  under penalty of perjury.  **If plaintiff does not timely file such a declaration or if**
3  **plaintiff fails to show good cause for his failure to timely serve, this action will be**
4  **subject to dismissal without prejudice for plaintiff's failure to prosecute.**  <u>See</u> Fed.
5  R. Civ. P. 4(m); Local Rule 41-1; <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 629-30, 82 S.
6  Ct. 1386, 8 L. Ed. 2d 734 (1962); <u>see</u> <u>also</u> <u>Carey v. King</u>, 856 F.2d 1439, 1440 (9th
7  Cir. 1988).

9  DATED:  <u>September 11, 2009</u>

*[signature: Robert N. Block]*

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE