1  Martin E. Rosen (108998), mrosen@barerwolen.com
   Ophir Johna (228193), ojohna@bargerwolen.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California  90071
   Telephone:  (213) 680-2800
4  Facsimile:  (213) 614-7399

5  Attorneys for Defendant The Northwestern
   Mutual Life Insurance Company
6

7                     **UNITED STATES DISTRICT COURT**

8                     **CENTRAL DISTRICT OF CALIFORNIA**

9

10

| HARRY MARINOW, an individual, | ) | CASE NO.: SACV 09-00557 JVS(AJWx) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | ) | PROTECTIVE ORDER RE STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER REGARDING NON-DISCLOSURE OF CONFIDENTIAL INFORMATION |
| Defendant. | ) | |
|  | ) | Complaint Filed: May 8, 2009 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

c:\temp\notese1ef34\proposed order_stip protective order.doc

## **PROTECTIVE ORDER**

Good cause having been shown, the Court orders that the terms of the parties' Stipulated Confidentiality Agreement and Protective Order Regarding Non-Disclosure of Confidential Information shall govern the handling of such documents produced or disclosed by the parties in this case.

**IT IS SO ORDERED.**

DATED: 4/20/2010

_____

UNITED STATES MAGISTRATE JUDGE